Case: 2:19-cv-11207
Judge: Friedman, Bernard A.
MJ: Grand, David R.
Filed: 04-25-2019 At 05:01 PM
PRIS MCGORE v DUGGAN, ET AL (dat)

To: Clerks Office of The United States District Attorney Prosecutions Office, 231. West. Lafayette. Avenue. Detroit, Michigan. 48226.

Dear,

Clerk of the Attorney Prosecutions Office, Jeff Whitty and asking for a Summons, and Misdemeanor Arrest Warrant Indictment against The Detroit District Attorney Mr. Michael (Duggan) (Wayne County) and District Ex-Attorney Prosecution Mr. Michael Lay) who in 1976 Prosecuted The Armed Robbery, Criminal Sexual Conduct, and Felony Firearm, (CCW) MCL. 750.227 against me. The Gun was Placed into Evidence By Perjury Testimony By Mr. Kenneth Shenk on The Hazel Park Police Department in 1976, In The City of Hazel Park, Michigan. The sole Reasons For Reopening up The Criminal Indictment against The Police Officials Under Arrest Warrant to jail The Above cited Police Officers, Prosecutors is That No Statute of Limitations Under MCL. 767.24; 18 USC 3626 Federal Statute of

(1) See Reverse Side →

(2) Under the MCL 6.301, Discovery of New Evidence to Prosecute the Hazel Park Michigan Police Officer to Open Based on Newly Discovered Evidence of Hazel Park, Michigan Officer Kenneth Shenk who Admitted he Did Perjure Herself to get the Gun falsely on Mr. Darryl McCune After the 1968 Black Buick Owner Black (Electra 225) Model was Stopped After A Speed/Chase on the I-75 (I-275) Freeway 4th Amendment For Pursuant Investigation by Hazel Park Police Precinct. I Request That An Arrest be Made Against Kenneth Shenk Under MCL 764.15, MCL 764.1, and MCL 764.25; And MCL 764.26 Due to No Statute of limitations on Newly Discovered Evidence of a Police Officer Lying to get a Conviction Under False Pretenses MCL 750.218, And to Arrest Kenneth Shenk and Attorney Prosecutor Michael Duggan, and Ex Prosecutor Michael Lang a 1426 Prosecutor for Failure to Uphold the Law MCL 752.11, 28.244.

(2)

That Under Abuse of Process MCL 750.469, Perjury MCL 750.421, MCL 750.422, and MCL 750.423, and Under Federal Statutory Perjury Violation of Witnesses Presented By The Detroit City Prosecutors Officers See 18USC1621, 18USC1622, And Federal Prosecutoral Perjury of Witnesses 18USC1623. I Request That an Arrest Warrant be Placed on the Ph2RC Park, Michigan Police Officer Kenneth Sheak to Prosecute Him Under MCL 764.16, MCL 764.1, and Under MCL 767.44, MCL 767.45, and MCL 767.76, MCR 2B.1016, to Jail Then Under These Statutes and Michigan Court Rules, For Causing the (M. Duncan Mc Guire #142739), to be Convicted Falsely of Felony Breakin. I Seek Victim Restitution 18USC3663, 18USC3664 In The Amount of $50,000.00 and to fire the Officer Kenneth Sheak, and Prosecutor Michael C. Duggan For $71,500.00 a Day for Failing to Suppress The Case In Question

(3) See Reverse Side

(3) I Request That The City Council Managers and City Council Commissioners of The Detroit City and Hazel Park, Michigan to Have Them Formally Arrested For Allowing a False Conviction Under MCL 750.218 By False Pretenses; That The Formal Arrest of The City Council Under MCL 780.856, MCL 780.657 Warrant / or a Warrantless Arrest Is Required At Their Principle Place of Employment. Where No Statute of Limitation Is Applied Under MCL 767.24; See Federal Statute of Limitation 18 USC 3626, to Bring This Scrivious and Arrest Warrant Where New Evidence Is Clear in Mr. Darryl McGines Allegations and Tentative Facts MCR-2.111 and Federal Rules of Civil Procedure (8). That Short Abbreviated Facts Is Good Enough to Allow The Attorneys Prosecutor to Be Put on Alert or Arrest Warrant and Complaints to Arrest Under MCR-6.102 MCR-6.103, And MCR-6.104, MCL 762.11.

(4)

(4) I Request for a Michigan Statutory Concept of a Formal Preliminary Examination MCR 6.110, And MCL 766.13 Preliminary Examination and Analysis, See Federal Rules of Criminal Procedure(1), Federal Rules of Criminal Procedure (2) 18 USC 1800 in Sections, where the Attorney Prosecutor Michael Duggan, Michael Levy of the 1976-1977 Jury that knew after the perjury of Officer Kenneth Sherlock made testimonial Transcript. Perjury in People v Darryl McClure # 76 05523 (FC) Felony Firearm Indictment was wrongly filed by the Attorney Prosecutor. In 1926 indictment Arrest Warrant against the Darryl McClure #142039 And led to Newly Discovered Evidence that allows Mr. McClure to Reopen Arrest Warrants against the Prosecutors, City Council Members of Detroit and Hazel Park, Michigan. Under MCL 767.41 They Must be Arrest and Warrant issued. (5) See Reverse Side

I Request Victim Restitution of $512,000.00 from Defendants City Council Members, Under MCL 780.766, and A $75,000.00 Victim Restitution from the Mayor of the City of Detroit for Allowing a False Gun Charge to Convict Me (Mr. DuRoyc McGuire), Under the Michigan Constitution 5,4 (1963) The Said Governor Mr. George Milliken in 1926 did put them in political Adminis. that the Office in the City of Detroit, and At City Council of Hazel Park, Michigan, did Allow the Employee officials to Convict Mr. Danny L McGuire of False Gun Charges. (Michigan Constitution 5,2 (1963), Michigan Constitution 5,3 (1963), Article 5,4 (1963). The New Governor Ms. Gretchen Whitmer is Responsible for the Detroit Police Officers For Arresting Prosecution Cases and must be Formally Prosecuted Also Under MCL 764.15, MCL 764.1, And to Allow the Victim Restitution in the Amount of $150,000.00 MCL 780.766, Against Gretchen Whitmer and to Release Me from custody. (6)

(5) I Request That Ms. Gretchen Whitmer and The Michigan Legislatures As Asked By Mr. Darryl McGore #142739, to be Arrested and Formally Charged With a Crime of False Pretense to Convict Me Under MCL 750.218, and Abuse Of Process MCL 750.469. That Complaint Is to Instituted By Mr. McGore. Request Arrest and Complaints Be Issued against The Michigan Legislatures Under MCR. 6.102, MCR. 6.103, And MCR. 6.104 to Allow Mr. Darryl McGore #142739 to obtain Victim Restitution Compensation In The Amount of $21-Million Dollars Under MCL 780.766, And Federal Restitution Statute 18 USC 3663, 18 USC 3664 and to Fire The Michigan Legislative Member Employees At $8,500.00 A Day. to Release Mr. Darryl McGore From The Michigan Department of Corrections By False Arrest Warrants; That Statutes Are Unconstitutional By The Michigan Legislature Constitution 4.24 (1963) See

(7) See Reverse Side

Michigan Constitution, § 25, (1963) Michigan Constitution, § 26, (1963) Where the Michigan Legislative Branch Has Created Laws to Have Law Makers, Appointive, and Supervisor Duties to Convict Mr. Darryl McGore of Correct our Charges and Not by False Pretense MCL. 750.218. The Michigan Legislatures Have Not Upheld the Law Under MCL. 752.11, 28.746 (1963). This is Abuse of Process is MCL 750.469.

This is Breach of Contract See, Michigan Constitution 11, 1, (1963) See Federal Constitution on Breach of Contract 9 U.S.C. 1, 9 U.S.C. 2.

(5) I Request That The Arrest for a Very High Misdemeanor or Highest Felony Under The Michigan Compiled Laws MCL. 37.2101, Michigan 37.2102 (Michigan, Elliot Larsen Act) Be Charged against all The Defendants. Mr. Darryl McGore #142732 Has Asked The Federal Prosecution to Due.

(8)

That Under Federal Forestry Statute The Michigan Legislature Members Are Liable For Criminal Law Indictment Under 18 USC 3041, 18 USC 3042, And Federal Rules of Criminal Procedure 7, Federal Rules of Civil Model Procedure 12.

(7) The Only Option I Have to Prevail on Any Issue is That A Criminal Indictment due At the Failure of 42 USC 1983 Federal Civil Rights And State Civil Lawsuit Judges Have Used The Filing Fee Amendment to Prevent Me From Prevailing On These Civil Rights Issues By Saying to Me That I Must Pay The $24,000.00 Filing Fee Before I Can Have Physical Injury Claims Filed. The Defendants Herein Dr/Mrs Have been Sued to Reopen The Gun Charges And Pre-Trial Self-Defense Issues, And Flight From Crime Issues And Blood DNA Evidence Clarity, Where I Claimed My Innocence to Not Having The Gun Falsely Accused Against Me By Officer Kenneth Shenk in People v. Mc Gore #74-05523 K.C./ Transcripts page 144, 145, 150, 151, 199-201, 202 201. (8) See Reverse Side

(8) I Ask The United States Attorney Prosecutor At U.S. Federal District Court to Assist Me in Bringing Federal Grand Jury Charges Under 18 USC 6001, 18 USC 6002, and MCL 765.3, MCL 765.4, and MCL 765.5, and MCL 765.6, MCL 765.9 to formally indict The Detroit City Managers, Detroit City Commissioners, and Attorney Prosecutor Mr. Michael Lang of 1976, and His office of District Attorney Prosecutors for Allowing a False Gun Charge to proceed Causing me to be Convicted Falsely in 1977 Jury Trial January 7th 1977. Under MCL 767.1, MCL 767.2, MCL 767.3, and MCL 767.4, Grand Jury Can be Pursued Based on Newly Dis- Covered Evidence, Recantment Testimony Under 18 USC 33 (Federal Rules of Criminal Procedure) (33), See; MCL 792.94, MCL 767.94, MCL 791.94 Discovery of New Evidence Unknown to Me Before Jury Trial MCR. 6.502(g). I want You to file Warrants to Convict These Herein Defendant Parties No Statute of Limitation is Set to File it Under MCL 600.5686, MCL 600.5856, MCL 600.5861, MCL 600.5802, MCL 600.5803.

(10)

The Michigan Arresting Statute MCL 764.15, MCL 764.1, MCL. 764.2 Allows a complaint and Arrest / Summons to Place an Arrest or a Capia Arrest Warrant against the Defendants I'M Naming Related to Violating My Civil and Statutory Rights Under MCL 750.146, MCL 750.147, and MCL 750.148 By Refusing the (Mr. Darryl McGhee #142739 His Day in Criminal Court to Have Crow Charges Dismissed Under MCR. 2.502.

(10) I Beg The Attorney Prosecutor to Bear With Me to Secure My Statutory Rights to File Complaints Summons MCR. 6.102 MCR. 2.102, to Arrest These Party Employee Personnel and to Restore My Federal Legislative Rights Guaranteed By The Congress in (1787)(1788) Where The Ratification of Civil Rights Statutory Right to Mandatory Under 28 USC 2074, 28 USC 2075 and 28 USC 2076. These Rights Must Not be Diminished, Decreased, By Conflicting Statutes within The State or Federal Courts At All.

(11) See Reverse Side

(11) Under The Federal Rules Enabling Act 28 USC 2074, and 28 USC 2072 The Federal Prosecutor May Step in to Make an Arrest under the United States Attorney General Mr. Rodstein and Mr. Jeff Sessions.

(14)

Reply Soon As Possible
Thank You Very Much
Sincerely Yours

Respectfully Submitted
By: Darryl P. LeGore
#142739
Baraga Correctional Facility. 139 24, Wadaga Rd.
Baraga, Michigan, 49908
Telephone No: (906) 353-7030.

Dated:
April 15th,
2019
Carbon Copy
Made.
CC:

Davyd McLeod #142738
Baraga Maximum Public Facility
13924 Wadaga Road
Baraga, Michigan 49908

The Clerk Office Of The
U.S. District Court Of Honey
231 West Lafayette Blvd.
Detroit, Michigan 48226

APR 25 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| **Case No.** 19-11207    **Judge:** Bernard A. Friedman    **Magistrate Judge:** David R. Grand | |
| **Name of 1st Listed Plaintiff/Petitioner:**<br>DARRYL MCGORE | **Name of 1st Listed Defendant/Respondent:**<br>MICHAEL DUGGAN |
| **Inmate Number:** 142739 | **Additional Information:**<br>DM NO FEE NO IFP NO COPIES |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Baraga Maximum Correctional Facility<br>301 Wadaga Road<br>Baraga, MI 49908<br>BARAGA COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes      ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes      ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____